■
## SARTHER BAKING COMPANY v. COMMISSIONER OF INTERNAL REVENUE.
### No. 4739.

Circuit Court of Appeals, Seventh Circuit.
April 20, 1933.

Lee I. Park, of Washington, D. C., and Irwin T. Gilruth, of Chicago, Ill., for petitioner.

Sewall Key and C. M. Charest, both of Washington, D. C., and Dwight H. Green, of Chicago, Ill., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Whereas it was stipulated and agreed by the parties to the above-entitled cause, by written stipulation entered with the clerk of this court on April 27, 1932, that the decision of this court entered under date of January 27, 1933, in cause No. 4738 [63 F.(2d) 68], should govern the decision in this cause, and that the printing of the record in this cause should be dispensed with and further proceedings suspended pending the court's decision in cause No. 4738, and that upon the entry of judgment in said cause an order of mutatis mutandis should be entered in the case of Sarther Baking Company, Inc., v. Commissioner of Internal Revenue, on consideration whereof it is now here ordered and adjudged by this court that the judgment entered in this cause on April 27, 1931, by the United States Board of Tax Appeals, may be, and the same is hereby, affirmed.

■
## Silas Caleb SMITH v. UNITED STATES of America.
### No. 772.

Circuit Court of Appeals, Tenth Circuit.
March 27, 1933.

Wilkerson & Brown, of Pryor, Okl., for appellant.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

■
## SOCIETE ENFANTS GOMBAULT, etc., v. LAWRENCE–WILLIAMS COMPANY and Lloyds Casualty Company.
### No. 6433.

Circuit Court of Appeals, Sixth Circuit.
March 15, 1933.

See, also, 52 F.(2d) 774.

Hervey, Barber & McKee, of New York City, and Garfield, Cross, MacGregor, Daoust & Baldwin, of Cleveland, Ohio, for appellant.

Stearns, Chamberlain & Royon, of Cleveland, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of counsel.